# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMINA FAROOQ,
Personal Representative Of The Estate
of NADIR FAROOQ, Deceased,
328 – 16th Street, S.E.
Washington, D.C.  20003,

      Plaintiff,

      v.

MDRB CORPORATION
D/B/A RAMADA INN HOTEL
14612 Stratfield Circle
Laurel, MD  20707

      and

JOHN DOE D/B/A T.C.B. (TAKING CARE
OF BUSINESS), EVENT SPONSOR,

      and,

RICHARD ROE SECURITY,

      Defendants.

Civil Action No._____

## NOTICE OF REMOVAL

TO:    Clerk
       The United States District Court for the District of Columbia

      Pursuant to 28 U.S.C. § 1441, defendant MDRB Corporation ("MDRB"), by and through

its attorneys, respectfully files this Notice of Removal of this action, presently pending in the

Superior Court for the District of Columbia.  In support hereof, MDRB states as follows:

1.      Pursuant to 28 U.S.C. § 1446(a), MDRB attaches hereto, as "Exhibit 1," a copy of all pleadings filed to date in the Superior Court for the District of Columbia in this action, although MDRB disputes that service of process in that case has ever been made effectively.

2.      Amina Farooq ("Plaintiff"), Personal Representative of the Estate of Nadir Farooq, Deceased, filed this civil action, No. 2005CA003395, in the Superior Court for the District of Columbia.

3.      Plaintiff is—according to the averments of her complaint and, thus, on the information and belief of MDRB—an adult who is a resident of the District of Columbia.

4.      Defendant MDRB Corporation is a corporation incorporated and existing under the laws of the State of Maryland and having its principal place of business in that state. (January 16, 2006 Certification of Deepak Bhatnagar ("Bhatnagar Cert."), attached hereto as "Exhibit 2," at 1-2, ¶¶ 2-4 .)  Two other defendants have been sued under fictitious names— "John Doe" and "Richard Roe"—and their citizenship is therefore disregarded for purposes of removal.  28 U.S.C. § 1441(a).

5.      The amount in controversy in this case exceeds the sum of $75,000, exclusive of interests and costs, in that plaintiff's complaint herein seeks compensatory damages "in the amount of Ten Million Dollars ($10,000,000)" and punitive damages "in the amount of Ten Million Dollars ($10,000,000)".  (Complaint, attached hereto as part of Exhibit 1, at the seventh page thereof.)

6.      Pursuant to 28 U.S.C. § 1446(b) and Federal Rules of Civil Procedure Rule 6, this Notice is filed with this Court within thirty days following receipt by MDRB of the initial pleading in this case setting forth the claim for relief upon which such action is based, in that

MDRB first became aware of this instant *Waters* suit as a result of plaintiff's counsel's faxing to MDRB's counsel—on January 5, 2006—a copy of the Complaint in that action, MDRB's counsel then apprising MDRB, through MDRB's President Mr. Bhatnagar, of the existence of that lawsuit. (Bhatnagar Cert. at 2, ¶ 6.)

7.    Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be given promptly to all adverse parties.

8.    Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed promptly with the Clerk of the Superior Court for the District of Columbia.

9.    For the foregoing reasons, this Honorable Court has diversity jurisdiction over this removed action, and MDRB desires and is entitled to have this case removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

10.    MDRB therefore respectfully requests that this action be removed to this Court, that this Court accept jurisdiction of this action, and that the Court place this action on its docket for further proceedings, as if said action had been instituted originally in this Court.

Respectfully submitted,

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue
Suite 920
Washington, D.C. 20015-2030
(202) 895-7209

Attorneys for MDRB Corporation

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 6th day of February, 2006, a copy of the foregoing "NOTICE OF REMOVAL" was served via first class mail, postage prepaid, upon:

Othello G. Jones, Jr., Esq.
Attorney at Law
Anacostia Professional Building
2041 Martin Luther King Jr. Ave., S.E.
Suite 244
Washington, D.C.  20020

(202) 889-1010
FAX (202) 889-1375

Paul A. Fitzsimmons

# EXHIB

Case 1:06-cv-00211-RMC     Document 1     Filed 02/06/2006     Page 6 of 34

| Case Number | Status | Judge |
|---|---|---|
| 2005 CA 003395 B | Reopen (RO) | CANAN, RUSSELL F |

| In The Matter Of | Action |
|---|---|
| FAROOQ, AMINA  Vs. MDRB CORP et al | Complaint for Wrongful Death Filed |

| Party | | Attorneys |
|---|---|---|
| FAROOQ, AMINA | PLNTF | JONES Jr, Mr OTHELLO G |
| MDRB CORP | DFNDT | PRO SE |
| DOE, JOHN | DFNDT | PRO SE |
| DOE, RICHARD | DFNDT | PRO SE |

| Opened | Disposed | Case Type |
|---|---|---|
| 05/03/2005 | Undisposed | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 05/03/05 | Complaint for wrongful death<br><br>TDMS TYPE: CAC<br>TDMS EVENT: 9101C18<br><br>CREATED BY/ON: #2DZ Fernande 05-03-2005<br>LAST MODIFIED BY/ON: #2DZ Fernande<br>05-03-2005 | 0.00 | 0.00 |
| 2 | 08/02/05 | Dismissed Without Prejudice Pursuant to<br>SCR 4(m) AS TO ALL DEFTS.  Notice Mailed | 0.00 | 0.00 |
| 3 | 08/02/05 | Event Resulted:<br>The following event: Scheduling Conference<br>Hearing scheduled for 08/12/2005 at 9:30<br>am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed | 0.00 | 0.00 |
| 4 | 08/12/05 | Initial SCHEDULING conference @ 9:30am<br>FSDATE: 20050812ss<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0296b2H<br>TDMS FLAG: ss<br><br>CREATED BY/ON: #2DZ Fernande 05-03-2005<br>LAST MODIFIED BY/ON: #2DZ Fernande<br>05-03-2005 | 0.00 | 0.00 |

Date: 01/06/2006   10:06:25

CRTR5925                                      Summary

2005 CA 003395 B    FAROOQ, AMINA  Vs. MDRB CORP et al

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------------|----------------------------------|-------------|
| 5 | 08/23/05 | Motion to Reinstate This Action and<br>Extension of Time to Perfect Service Upon<br>Defendant Filed<br>Attorney: JONES Jr, Mr OTHELLO G (025031)<br>AMINA FAROOQ (PLAINTIFF);  Receipt: 10684<br>Date: 08/23/2005 | 20.00 | 0.00 |
| 6 | 10/06/05 | Order Granting Entered on the Docket as to<br>plaintiff's motion to reinstate and<br>extension to perfect service upon<br>defendants.<br>(ORDER SIGNED IN CHAMBERS)   Copies mailed.<br>JUDGE CANAN  BA | 0.00 | 0.00 |
| 7 | 10/06/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 10/06/2005  15:49:30 | 0.00 | 0.00 |
| 8 | 10/06/05 | Event Scheduled<br>Event: Scheduling Conference Hearing<br>Date: 01/20/2006    Time: 9:30 am<br>Judge: CANAN, RUSSELL F    Location:<br>Courtroom 518 | 0.00 | 0.00 |
| 9 | 10/06/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 10/06/2005  19:30:15 | 0.00 | 0.00 |
| 10 | 10/26/05 | Alias Summons Filed<br>Attorney: JONES Jr, Mr OTHELLO G (025031)<br>Receipt: 17250  Date: 10/26/2005 | 10.00 | 0.00 |
| 11 | 12/27/05 | Alias Summons Issued on MDRB Corporation<br>dba Ramada Inn Hotel Filed  Receipt: 23120<br>Date: 12/27/2005 | 10.00 | 0.00 |
| 12 | 01/05/06 | Alias Summons Reissued on MDRB Corporation<br>D/B/A Ramada Inn Hotel Filed<br>Attorney: JONES Jr, Mr OTHELLO G (025031)<br>AMINA FAROOQ (PLAINTIFF);  Receipt: 23932<br>Date: 01/05/2006 | 10.00 | 0.00 |

---

|                        | | |
|------------------------|-------|------|
| Totals By:  Cost       | 50.00 | 0.00 |
|             Information | 0.00  | 0.00 |

*** End of Report ***

CA Form 1

# Superior Court of the District of Columbia

### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

AMINA FAROOQ, PR OF THE ESTATE
OF NADIR FAROOQ, Deceased
328 - 16th Street, SE
Washington, DC  20003

*Plaintiff*

Civil Action No. 05-0003395

. vs.

MDRB, CORPORATION D/B/A
RAMADA INN HOTEL, ET AL.
RESIDENT AGENT:
DEEPAK BHATNAGAR
14612 STRATFIELD CIRCLE
LAUREL, MD 20707

*Defendant*

ALIAS
**SUMMONS**



To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

OTHELLO O. JONES, JR., ESQUIRE
Name of Plaintiff's Attorney #25031-A

By _____

2041 M. L. KING JR. AVE., SE, #244
Address
Washington, DC  20020

Deputy Clerk

(202) 889-1010
Telephone

Date ___1/5/06___

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

### NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W.,  Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

AMINA FAROOQ, PR OF THE
 ESTATE OF NADIR FAROOQ, Deceased
328 - 16th Street, SE
Washington, DC  20003

*Plaintiff*

Civil Action No. 05-0003395

vs.

MDRB, CORPORATION D/B/A
 RAMADA  INN HOTEL, ET AL.
c/o CRAIG INGRAM
322 Adler Street
Oakland, MD  21550

*Defendant*

### ALIAS
**SUMMONS**

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

OTHELLO G. JONES, JR. 25031-A
Name of Plaintiff's Attorney

By _____
Deputy Clerk

2041 M.L. King Jr. Ave., SE, #244
Address
Washington, DC  20020

(202) 889-1010
Telephone

Date Dec 27 2005

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF TH**



CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

AMINA FAROOQ, PR OF THE
 ESTATE OF NADIR FAROOQ, Deceased
328 - 16th Street, SE
Washington, DC  20003         *Plaintiff*

·vs.                                                    Civil Action No. __05-0003395__

MDRB, CORPORATION D/B/A
 RAMADA INN HOTEL, ET AL.
c/o CRAIG INGRAM          *Defendant*
322 Adler Street
Oakland, MD  21550

### ALIAS
### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                                        *Clerk of the Court*

__OTHELLO G. JONES, JR.__
Name of Plaintiff's Attorney #25031-A                    By _____

__2041 M/L. King Jr. Ave., SE, #244__                          Deputy Clerk
Address
__Washington, DC  20020__

   __(202) 889-1010__                        Date __10-26-05__
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FO



CV(6)-456/May 03

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

October 6, 2005

CASE NAME:     AMINA FAROOQ Vs. MDRB CORP et al

CASE NO.     2005 CA 003395 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge RUSSELL F CANAN

**HEARING DATE: Friday, January 20, 2006**

**TIME: 9:30 am**

**LOCATION:     500 Indiana Avenue N.W.
                Courtroom 518
                WASHINGTON, DC 20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

2005 CA 003395 B

MDRB Corp.
1600 New York Ave. NE
Washington, DC  20002

CANOH-1.DOC
10/6/2005

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

October 6, 2005

CASE NAME:    AMINA FAROOQ Vs. MDRB CORP et al

CASE NO.    2005 CA 003395 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge RUSSELL F CANAN

**HEARING DATE: Friday, January 20, 2006**

**TIME: 9:30 am**

**LOCATION:   500 Indiana Avenue N.W.**
**Courtroom 518**
**WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

MAILED  OCT - 7 2005



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr OTHELLO G JONES Jr
2041 MLK JR AVENUE S.E.
SUITE 244
Washington, DC
20020

2005 CA 003395 B

CANOH-1.DOC
10/6/2005

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

FILED

OCT 6 2005

Superior Court
of the ~~~~
W~~~~

AMINA FAROOQ                          )
                                      )
                    Plaintiff         )
                                      )
        vs.                           )        C.A. No. 2005 CA 003395 B
                                      )        Calendar #8
MDRB, CORPORATION D/B/A/              )        Judge Russell F. Canan
RAMADA INN HOTEL, ET AL.              )
                                      )
                    Defendants        )

<u>ORDER</u>

Upon consideration of the Plaintiff's Motion to Reinstate this action and

Extension to Perfect Service upon Defendants filed herein, and for good cause having

been shown, it is by the Superior Court of the District of Columbia, Civil Division, this

___5___ day of _October_, 2005,

ORDERED, that this matter be reinstated and Plaintiff be given an extension of 60 days
From the docketing of this Order. Scheduling Conf. is
~~time~~ to perfect service upon the Defendant. scheduled for Jan. 20, 2006 at 9:30 AM

_Russell F. Canan_
JUDGE
(Signed in Chambers)

Copies to:

Othello G. Jones, Jr., Esquire
2041 M.L. King Jr. Ave., SE
Suite 244
Washington, DC 20020

Docketed 10/6/05
Mailed 10/6/05



IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

```
FILED
CIVIL ACTIONS BRANCH
AUG 2 3 2005
Superior Court
of the District of Columbia
Washington, D.C.
```

AMINA FAROOQ                    )
                               )
                Plaintiff      )
                               )
        vs.                    )        C.A. No. 2005 CA 003395 B
                               )        Calendar #8
MDRB, CORPORATION D/B/A/       )        Judge Russell F. Canan
RAMADA INN HOTEL, ET AL.       )
                               )
                Defendants     )

## MOTION TO REINSTATE THIS ACTION AND EXTENSION OF TIME TO PERFECT SERVICE UPON DEFENDANT

Comes now the Plaintiff, AMINA FAROOQ, Personal Representative of the Estate of decedent, NADIR FAROOQ, by and through her Attorney, Othello G. Jones, Jr., and respectfully moves and request that this Honorable Court to Reinstate this cause of action herein and for an extension of time to perfect service upon the Defendant and as reasons therefore states as follows:

1.      That on October 7, 2002, the decedent, NADIR FAROOQ died as a result of a stab wound received at the RAMADA INN HOTEL, located at 1600 New York Avenue, NE, Washington, DC 20002.

2.      That a business license for operation of RAMADA INN HOTEL was to MDRB, Corporation by the District of Columbia, Department of Consumer and Regulatory Affairs. **A copy of Certificate and Corporation abstract print out is attached as Exhibit 1(a) & 1(b).**

3.      That on or about May 3, 2005, a Complaint for Wrongful Death and Damages was filed against the Defendants herein.



IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

AMINA FAROOQ                          )
                                      )
                    Plaintiff         )
                                      )
        vs.                           )    C.A. No. 2005 CA 003395 B
                                      )    Calendar #8
MDRB, CORPORATION D/B/A/              )    Judge Russell F. Canan
RAMADA INN HOTEL, ET AL.              )
                                      )
                    Defendants        )

## POINTS & AUTHORITIES

1.    Exhibits attached to this Motion.

2.    DC Code §29.101.12 (b).

3.    D.C. Code 7(b); 12 I(a), (e) & (f).

4.    The court file herein.

Very truly yours,

OTHELLO G. JONES, JR., #25031-A
Anacostia Professional Building
2041 Martin Luther King Jr. Avenue, SE
Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Plaintiff

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
Business and Professional License Administration
Business License Division



# CERTIFICATE

**I HEREBY CERTIFY** that a search of the official licensing records in the Business License Division for **MDRD Corporation t/a Ramada Limited** revealed that:

A Basic Business License **Housing: Transient** license endorsement for an **"Inn and Motel"** has been issued for the premise **1600 New York Avenue, NE, Washington, DC 20002** with an issue date of August 27, 2003 for the period August 27, 2003 to April 30, 2004.

**IN WITNESS WHEREOF,** I have hereunto set my hand and **caused** the seal of this office to be affixed as of the **6th day of April 2005.**

Patrick J. Canavan, Psy.D.
Acting Director

John T. Drann
Administrator, Business and Professional Licensing
Administration

Darrell Donnelly
Program Manager
Business License Division

Anthony A. Williams
Mayor

*Exhibit #1(a)*

Date: April 06, 2005

**Department of Consumer and Regulatory Affairs**
**Business Regulation Administration Corporations Division**
**Corporation Abstract Print Out**

┌─ *Corporation Detail* ──────────────────────────────────────────

File No: **981898**    Inc Date: **06/11/1998**    Type Code: **FBU**    Country: **UNITED STATES**

State:  **MD**    Status: **RV**    Status Date: **09/08/2003**    Fee: **.00**    Bundle No:

Name:  **MDRB, CORPORATION**

Agent: **Albert Ceccone**

Address: **4505 Harrison St., N.W.**    Zip Code: **20015**    Zip 4:

Stock:    Dollar Value: **.00**

Retire Date: **00/00/0000**    Retired Box:    Liber No:    Folio No:

Perpetual:    Duration: **00/00/0000**    Goodstandings:

Special Note:

───────────────────────────────────────────────────────────────

Miscellaneous:

| File No | Filed Date | Type | Description | Fee Paid | Bundle No |
|---------|-----------|------|-------------|----------|-----------|
| 981898 | 06/28/2002 | REIN | | 200.00 | A0343 |

Reports:

| File No | Year | Rcvd Date | Filed Date | Status | Status Date | Bundle | Fee Paid |
|---------|------|-----------|-----------|--------|-------------|--------|----------|
| 981898 | 2001 | 06/28/2002 | 06/28/2002 | OK | | A0343 | 225.00 |
| 981898 | 1999 | 06/28/2002 | 06/28/2002 | OK | | A0343 | 225.00 |

*Exhibit #1 (b)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MDRB, CORPORATION D/B/A
RAMADA INN HOTEL
c/o ALBERT CECCONE
4505 Harrison Street, NW
Washington, DC 20015

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X ☐ Agent
  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)

7003 2260 0007 6097 4603

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| AMINA FAROOQ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | C.A. No. 2005 CA 003395 B |
| | ) | Calendar #8 |
| MDRB, CORPORATION D/B/A/ | ) | Judge Russell F. Canan |
| RAMADA INN HOTEL, ET AL. | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

Upon consideration of the Plaintiff's Motion to Reinstate this action and

Extension to Perfect Service upon Defendants filed herein, and for good cause having

been shown, it is by the Superior Court of the District of Columbia, Civil Division, this

_____ day of _____, 2005,

ORDERED, that this matter be reinstated and Plaintiff be given an extension of

time to perfect service upon the Defendant.


_____
JUDGE


Copies to:

Othello G. Jones, Jr., Esquire
2041 M.L. King Jr. Ave., SE
Suite 244
Washington, DC  20020

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**August 2, 2005**

CASE NAME:   AMINA FAROOQ  vs  MDRB CORP
CASE NO.    2005 CA 003395 B

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

_____

AS TO ALL DEFENDANTS
_____

_____

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr OTHELLO G JONES Jr
2041 MLK JR AVENUE S.E.
SUITE 244
Washington, DC 20020

2005 CA 003395 B

CAOOD-4m.doc

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



**Superior Court of the District of Columbia**
**Civil Division**

Farooq, A. vs. MDRB. Corporation, et. al                    C.A. No. 05ca003395

### INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1)  Effective this date, this case is assigned to the individual calendar designated below.  All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption.  On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2)  Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned.  As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3)  Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading.  As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4)  At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration.  Counsel shall discuss with their clients prior to the Conference whether the clients are agreeable to binding or non-binding arbitration.  **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5)  Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays.  Requests must be made not less than six business days before the scheduling conference date.  No other continuance of the Conference will be granted except upon motion for good cause shown.

May 03,2005                    Chief Judge Rufus G. King, III

Case Assigned to:    Calendar #8  (Judge Russell F. Canan)

Initial conference: @ 9:30am  08/12/05      Courtroom: 518, 5th Floor
                                            500 Indiana Ave., N.W.
                                            Washington, D.C. 20001

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

RECEIVED
Civil Clerk's Office

MAY 0 2 2005

Superior Court of the
District of Columbia
Washington, D.C.

|  |  |  |
|---|---|---|
| AMINA FAROOQ | ) | |
| 328 – 16th Street, SE | ) | |
| Washington, DC  20003 | ) | |
| | ) | |
| PERSONAL REPRESENTATIVE OF | ) | |
| THE ESATE OF | ) | |
| NADIR FAROOQ, Deceased. | ) | 05-0003395 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| MDRB, CORPORATION D/B/A | ) | |
| RAMADA INN HOTEL | ) | |
| 1600 New York Avenue, NE | ) | |
| Washington, DC  20002 | ) | |
| | ) | |
| **Registered Agent:** | ) | |
| ALBERT CECCONE | ) | |
| 4505 Harrison Street, NW | ) | |
| Washington, DC  20015 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN DOE D/B/A T.C.B. (TAKING | ) | |
| CARE OF BUSINESS), EVENT | ) | |
| SPONSOR | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RICHARD DOE (SECURITY | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT FOR WRONGFUL DEATH AND DAMAGES

Comes now the Plaintiff, AMINA FAROOQ, Personal Representative of the Estate of NADIR FAROOQ, deceased, by and through her attorney, Othello G. Jones, Jr., and respectfully moves this Honorable Court and for a cause of action alleges:

1. That Jurisdiction of this Court is evoked by virtue of Title II Section 921 of the Code of the District of Columbia as amended.

2. That Plaintiff, AMINA FAROOQ, the mother of the decedent, NADIR FAROOQ, was duly appointed as Personal Representative of decedent's estate on December 17, 2002. A copy of Letters of Administration is attached hereto and made a party thereof.

3. That at all times relevant, the decedent, NADIR FAROOQ was a resident and citizen of the District of Columbia.

4. That at all times relevant herein, Defendant MDRB, CORPORATION D/B/A RAMADA INN HOTEL, was a corporation authorized, conducting and operating a hotel/motel business at 1600 New York Avenue, NE, Washington, DC.

5. That at all times relevant, Defendant, JOHN DOE D/B/A T.C.B. (TAKING CARE OF BUSINESS) did lease and operate a Go-Go Disco dance at Defendant MDRB, CORPORATION D/B/A RAMADA INN HOTEL hotel/motel at 1600 New York Avenue, NE, Washington, DC on September 27, 2002.

6. That at all times relevant, Defendant RICHARD ROE SECURITY COMPANY was hired by aforementioned Defendants to provide the security to ensure the safety of persons attending the Go-Go disco dance.

7. That Plaintiff brings this action against the Defendants, jointly and severally for a cause herein alleged.

## COUNT I

8. That on or about September 27, 2002, at approximately 10:00 p.m., the decedent, NADIR FAROOQ, was a lawful guest and business invitee of the Defendant, MDRB, CORPORATION D/B/A RAMADA INN HOTEL premises at 1600 New York Avenue, NE, Washington, DC having paid the admission fee to enter and attend the Go-Go Disco dance being held there.

9. That on or about September 27, 2002, while decedent, NADIR FAROOQ was a guest and invitee in Defendant's MDRB, CORPORATION D/B/A RAMADA INN HOTEL, he was attacked and stabbed in the neck with a knife by another patron attending the Go-Go Disco.

10. That Plaintiff alleges that the attack and wrongful death of decedent, NADIR FAROOQ, occurred as the proximate result of Defendant's negligence and breach of its legal duties and obligations to decedent as herein set forth.

11. That Plaintiff alleges that for a long period of time prior to September 27, 2002, Defendant knew or should have known with the exercise of reasonable care that:

    a)    its hotel/motel was located in one of the highest crime districts in the District of Columbia;

    b)    various violent crimes had occurred in and about premises where Go-Go Disco Dances were attended by young people;

    c)    sale to and consumption by young people of alcoholic beverages often to lead hostile and violent action and reaction; and

d)    many young persons in high crime communities carry concealed weapons.

12. That despite Defendant's notice of the danger of violent reactions by young people attending Disco Go-Go Dances, it negligently failed to adopt policy to prevent persons attending such dances from bringing concealed weapons into its dance ballroom.

13. That notwithstanding this particular knowledge and recognition of its legal duty, Defendant negligently, recklessly, and in wanton and willful disregard for the lives and safety of persons such as the decedent, breached its duty to decedent in, but not limited to, the following ways:

a)    By failing to have adequate security on the premises so as to deter criminal activities against guests such as the decedent;

b)    By failing to have adequately trained or competent security personnel on duty to protect decedent from attack by third persons;

c)    By failing to provide security guards with proper equipment to detect possible concealed weapons; and

d)    By failing to establish and enforce measures necessary and reasonable to protect business invitees such as decedent from persons carrying concealed weapons into disco dance on its premises.

14. That the decedent's injuries and death were wrongfully caused by the negligence of Defendants, its servants, agents and employees, who failed to properly search each patron and failed to detect and remove weapons of danger form the possession of seeking entry into the Go-Go Disco Dance.

15. That as a direct and proximate result of Defendants' negligence, wanton and willful disregard for the decedent's safety and decedent's life and its willful failure to establish and enforce adequate standards to detect concealed weapons, the decedent was violently attacked and stabbed by patron with knife while on dance floor.

16. That as a direct and proximate result of Defendant's negligence, decedent, NADIR FAROOQ was caused to suffer physical pain, mental anguish, loss of body functions, hospitalization, medicine as well as the expense of his last illness, death and burial.

<u>COUNT II</u>

17. That Plaintiff adopts and incorporates by reference, all facts, counts and allegations set forth above in paragraph 1 – 16.

18. That Plaintiff alleges that Defendant JOHN DOE D/B/A T.C.B. (TAKING CARE OF BUSINESS) was the sponsor of the Go-Go Disco Dance held in the MDRB, CORPORATION D/B/A RAMADA INN HOTEL at 1600 New York Avenue, NE, Washington, DC.

19. That on or about September 27, 2002, the decedent, NADIR FAROOQ, was an invitee and paying patron into disco dance being in the MDRB, CORPORATION D/B/A RAMADA INN HOTEL at 1600 New York Avenue, NE, Washington, DC.

20. That Defendant JOHN DOE D/B/A T.C.B. (TAKING CARE OF BUSINESS) use of MDRB, CORPORATION D/B/A RAMADA INN HOTEL ballroom was with the express consent and knowledge of Defendant MDRB. CORPORATION D/B/A RAMADA INN HOTEL.

21. That Defendant knew or should have know that failure to properly search, failure to detect, and failure to move dangerous or concealed weapons on persons entering Go-Go Disco Dance increased use of deadly force against decedent and other patrons.

22. That Defendant knew or should have foreseen that young persons would behave in a hostile, violent and disorderly manner when alcoholic beverages are consumed by them.

23. That Defendant knew or should have know that fights were likely between young persons attending disco dances.

24. That as a result of the inadequate precautions and insufficient security measures taken by the Defendant, the decedent was stabled and killed by a patron who brought a concealed weapon into the disco dance.

25. That the Defendant negligently or willfully misrepresented to the decedent that it provided and maintained adequate and reasonable security for patrons of disco dance.

## COUNT III

26. That Plaintiff adopts and incorporates by reference all facts, counts and allegations set forth above in paragraph 1 – 25.

27. That at all times material hereto, Defendant RICHARD ROE SECURITY was Employed to provide security at disco dance in MDRB, CORPORATION D/B/A RAMADA INN HOTEL at 1600 New York Avenue, NE, Washington, DC.

28. That Defendant RICHARD ROE SECURITY was negligent in its failure to

adequately and properly search each patron for concealed weapons and remove and/or confiscate such weapons prior to entry into the disco dance.

29. That as a direct and proximate result of the Defendant's negligence, decedent was stabled and killed with a knife that was brought into disco room by another patron.

WHEREFORE, the Plaintiff prays:

1.     For a Judgment against the Defendants, jointly and severally, for compensatory damages in the amount of Ten Million Dollars ($10,000,000.00).

2.     For a Judgment against the Defendants, jointly and severally, for punitive damages in the amount of Ten Million Dollars ($10,000,000.00).

3.     For costs related to this action and reasonable attorney's fees.

4.     For such other and further relief as this court may deem just and proper.

OTHELLO G. JONES, JR., #25031-A
Anacostia Professional Building
2041 Martin Luther King Jr. Avenue, SE
Suite 244
Washington, DC  20020
(202) 889-1010
Attorney for Plaintiff

**Trial by Jury of Six is Demanded.**

OTHELLO G. JONES, JR.

# Sup.    Court of the District Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

# INFORMATION SHEET

AMINA FAROOQ
PERSONAL REPRESENTATIVE OF
THE ESTATE OF
NADIR FAROOQ, Deceased.

Case Number: _____

*vs.*

Date: _____

MDRB, CORPORATION D/B/A
RAMADA INN HOTEL, ET AL.

---

| | |
|---|---|
| *Name:*  (please print) <br>    OTHELLO G. JONES, JR. <br> Firm Name: <br>    SAME <br> Telephone No.:     Unified Bar No.: <br> (202) 889-1010     25031-A | Relationship to Lawsuit <br> ☒ Attorney for Plaintiff <br> ☐ Self (Pro Se) <br> Other: _____ |

TYPE OF CASE:    ☐ Non-Jury     ☒ 6 Person Jury        ☐ 12 Person Jury

Demand: $ ____20,000,000.00____     Other: _____

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

---

## NATURE OF SUIT:  *(Check One Box Only)*

**A. CONTRACTS**                              **COLLECTION CASES**
- ☐ 01 Breach of Contract     ☐ 07 Personal Property     ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 02 Breach of Warranty     ☐ 09 Real Property-Real Estate     ☐ 16 Under $25,000 Consent Denied
- ☐ 06 Negotiable Instrument     ☐ 12 Specific Performance     ☐ 17 OVER $25,000
- ☐ 15 Other: _____

**B. PROPERTY TORTS**
- ☐ 01 Automobile     ☐ 03 Destruction of Private Property     ☐ 05 Trespass
- ☐ 02 Conversion     ☐ 04 Property Damage     ☒ 06 Other: ~~_____~~
- ☐ 07 Shoplifting, D.C. Code § 3-441

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process     ☐ 09 Harassment     ☐ 17 Personal Injury
- ☐ 02 Alienation of Affection     ☐ 10 Invasion of Privacy     ☒ 18 Wrongful Death
- ☐ 03 Assault and Battery     ☐ 11 Libel and Slander     ☐ 19 Wrongful Eviction
- ☐ 04 Automobile     ☐ 12 Malicious Interference     ☐ 20 Other: _____
- ☐ 05 Deceit (Misrepresentation)     ☐ 13 Malicious Prosecution     ☐ 21 Asbestos
- ☐ 06 False Accusation     ☐ 14 Malpractice Legal     ☐ 22 Toxic/Mass Torts
- ☐ 07 False Arrest     ☐ 15 Malpractice Medical
- ☐ 08 Fraud     ☐ 16 Negligence

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

# FILE COPY



MAY 03 **PAID** 000 3395

## SUPERIOR COURT OF D.C.
### FINANCIAL OPERATIONS - CIVIL ACTIONS BRANCH

05-0003395

Case No._____ / _____ vs. _____

| Acct. No. | Item | Fee | No. |
|-----------|------|-----|-----|
| 4-1601 | CIVIL ACTION | $120.00 | |
| 4-1603 | INTERVENING ACTION | $120.00 | |
| 4-1605 | CHANGE OF NAME | $60.00 | |
| 4-1606 | JURY DEMAND | $75.00 | |
| 4-1607 | RELEASE MECHANICS LIEN | $60.00 | |
| 4-1609 | ADM ORDER AS JUDGEMENT | $60.00 | |
| 4-1611 | FOREIGN JUDGEMENT | $60.00 | |
| 4-1613 | RULE 27 | $60.00 | |
| 4-1615 | MERIT PERSONNEL ACT MPA | $60.00 | |
| 4-1617 | APPEAL TRAFFIC JUDICATION. | $30.00 | |
| 4-1619 | COUNTER/CROSS/3RD PARTY | $20.00 | |
| 4-1621 | SUP RULE 28-I (FOREIGN) | $10.00 | |
| 4-1623 | ALIAS | $10.00 | |
| 4-1625 | COPY PER PAGE | $0.50 | |
| 4-1627 | ATTACHMENT BEFORE JUDGMENT | $20.00 | |
| 4-1629 | ATTACHMENT AFTER JUDGMENT | $20.00 | |
| 4-1631 | APT SPECIAL PROCESS SERVER | $5.00 | |
| 4-1633 | WRIT FACIAS | $20.00 | |
| 4-1635 | WRIT RESTITUTION | $20.00 | |
| 4-1637 | AFFIDAVIT | $1.00 | |
| 4-1639 | CERTIFIED COPY | $5.00 | |
| 4-1640 | MAIL FEES | | |
| 4-1641 | RECORD SEARCH | $10.00 | |
| 4-1643 | MOTION | $20.00 | |
| 4-1645 | MOTION 41-I TO REINSTATE | $35.00 | |
| 4-1647 | AMEND BIRTH CERTIFICATE | $60.00 | |
| 4-1649 | WRIT REPLEVIN | $20.00 | |
| 4-1651 | ARBITRATION AWARD | $120.00 | |
| 4-1653 | ORAL EXAM | $20.00 | |
| 4-1655 | TRANSCRIPT FOR DOCKET | $10.00 | |
| 4-1657 | TRIPLE SEAL | $20.00 | |
| 4-1659 | NOTICE OF APPEAL | $100.00 | |
| 4-1661 | ARBITRATION AWARD | | |
| 4-1663 | APPEAL TRANSCRIPT | | |
| 4-1665 | FINES R16-I | | |
| 4-1667 | COURT REPORTER | | |
| 4-1669 | COURT ORDERED ESCROW | | |
| 4-1671 | INTEREST EARN . | | |
| 4-1673 | RETURNED CHECK | $15.00 | |
| 4-1677 | MISCELLANEOUS FEES | | |

CV-343/Sep. 04

# EXHIB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMINA FAROOQ,
Personal Representative Of The Estate Of
NADIR FAROOQ, Deceased,

      Plaintiff,

      v.

MDRB CORPORATION
D/B/A RAMADA INN HOTEL, et al.,

      Defendants.

Civil Action No._____

## CERTIFICATION OF DEEPAK BHATNAGAR

I, Deepak Bhatnagar, certify the following as true and correct:

1.      I am over eighteen years of age, am competent to make this affidavit, am authorized to do so, and have knowledge of the statements made herein.

2.      I am the founder, president, and owner, jointly with my wife, of MDRB Corporation ("MDRB"), a corporation incorporated and existing under the laws of the State of Maryland; MDRB is qualified to do business in Maryland, and it pays income and franchise taxes there. Since April 12, 2004, MDRB's principal place of business has been at 14612 Stratfield Circle, Laurel, Maryland 20707. From that location, I conduct all aspects of MDRB's business, including managing MDRB's accounts, dealing with mortgage holders of MDRB's property, procuring insurance for the company, completing various tax forms and filings, maintaining corporate records, and attending to other corporate matters. No corporate authority for MDRB resides outside of the State of Maryland. MDRB is not and never has been a corporation

incorporated under the laws of the District of Columbia. Since April 12, 2004, MDRB has had no office in the District of Columbia, and, since that date, it has conducted no operations there.

3.    From July 9, 1998 until April 12, 2004, MDRB both owned and operated a hotel located at 1600 New York Ave., N.E., Washington, D.C. and known during that time—but not thereafter—as the "Ramada Limited." Since April 12, 2004, MDRB has, pursuant to a sale/lease agreement, leased the real property located at that address to PSM LLC, which has itself operated a hotel there known as the "President Inn." The sale/lease agreement with PSM LLC is a "triple-net" type through which, PSM LLC bears full responsibility for all operations of the property, including the responsibility to pay for the operating expenses thereof (taxes, licenses, utilities, maintenance, insurance, etc.). PSM LLC's lease payments reduce an already agreed-upon purchase price for the property, and, in 2007, a balloon payment for the remaining balance of that purchase price becomes due under the parties' sale/lease agreement. MDRB has or never has had any affiliation with or ownership interest in PSM LLC, nor have I.

4.    As a result of that sale/lease agreement with PSM LLC, MDRB has operated, since April 12, 2004, only in the State of Maryland. Since that date, MDRB has had no business operations in the District of Columbia, nor has it had any employees in the District. More specifically, MDRB has had no involvement with the operations of PSM LLC or the President Inn, nor have I.

5.    I have never been a Registered Agent for MDRB in the District of Columbia or elsewhere. However, on November 15, 2005, I applied to become, for the

first time, MDRB's registered agent in the State of Maryland, and that application was granted on November 22, 2005.

6.    MDRB first became aware of this instant suit, filed as Civil Action No. 05-0003395 in the Superior Court for the District of Columbia, as a result of plaintiff's counsel's faxing to MDRB's counsel—on January 5, 2006—a copy of the Complaint in that action; MDRB's counsel then apprised MDRB, through me, of the existence of that lawsuit.


Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2006.

_____
Deepak Bhatnagar