**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMINA FAROOQ,
Personal Representative Of The Estate Of
NADIR FAROOQ, Deceased,

      Plaintiff,

      v.

MDRB CORPORATION
D/B/A RAMADA INN HOTEL, et al.,

      Defendants.

Civil Action No._____

**LOCAL RULE 7.1 CERTIFICATION**

    I, the undersigned, counsel of record for MDRB Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MDRB Corporation which have any outstanding securities in the hands of the public:  none.

    These representations are made in order that judges of this court may determine the need for recusal.

                    Respectfully submitted,

                    Thomas S. Schauffelberger, Bar No. 71934
                    Paul A. Fitzsimmons, Bar No. 444829
                    WRIGHT, ROBINSON, OSTHIMER & TATUM
                    5335 Wisconsin Avenue
                    Suite 920
                    Washington, D.C.  20015-2030
                    (202) 895-7209

                    Attorneys for MDRB Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of February, 2006, a copy of the foregoing was served via first class mail, postage prepaid, upon:

Othello G. Jones, Jr., Esq.
Attorney at Law
Anacostia Professional Building
2041 Martin Luther King Jr. Ave., S.E.
Suite 244
Washington, D.C.  20020

(202) 889-1010
FAX (202) 889-1375

Paul A. Fitzsimmons