# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMINA FAROOQ,
Personal Representative Of The Estate
of NADIR FAROOQ, Deceased,
328 – 16th Street, S.E.
Washington, D.C.  20003,

     Plaintiff,

     v.

MDRB CORPORATION
D/B/A RAMADA INN HOTEL
14612 Stratfield Circle
Laurel, MD  20707

     and

JOHN DOE D/B/A T.C.B. (TAKING CARE
OF BUSINESS), EVENT SPONSOR,

     and,

RICHARD ROE SECURITY,

     Defendants.

Civil Action No._____

## ANSWER

Defendant MDRB Corporation ("MDRB"), by and through the undersigned counsel, answers the Complaint of Amina Farooq ("Farooq") as follows:

### FIRST DEFENSE

MDRB responds to the numbered paragraphs of Plaintiff's Complaint as follows:

1.    Legal conclusion to which no response is required.

2.    MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

3.     MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

4.     Admitted that, in September 2002, MDRB was a corporation authorized to do business, and conducting and operation that business, at 1600 New York Ave., N.E., Washington, D.C.  Otherwise, denied.

5.     Admitted that one or more "JOHN DOE" defendants leased a meeting room from MDRB; that lease was for the period of the evening of September 27, 2002 until early morning September 28, 2002.  Denied that MDRB was a aware at the time the lease was negotiated or at any time up to the actual event that the JOHN DOE defendants intended to provide paid-admission entertainment of any sort or kind through their lease of that meeting room.

6.     Denied that MDRB hired security guards particularly regarding the lease of the meeting room by the JOHN DOE defendants.  Admitted, on information and belief, that the JOHN DOE defendants hired defendant "RICHARD ROE SECURITY COMPANY" for that particular purpose.

7.     Legal conclusion to which no response is required.

## COUNT I

8.     MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

9.     Admitted that decedent Nadir Farooq was stabbed with a knife while at MDRB's Ramada Inn premises and that he died from that injury.  As to all other allegations of this paragraph, MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of those allegations and therefore denies those allegations and demands strict proof thereof.

10.     Denied.

11.    Denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Denied.

## COUNT II

17.    MDRB incorporates its foregoing answers.

18-25.  None of these allegations is directed against MDRB.  To the extent any response thereto is required here, MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

## COUNT III

26.    MDRB incorporates its foregoing answers.

27-29.  None of these allegations is directed against MDRB.  To the extent any response thereto is required here, MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

30.    Other than as specifically addressed above, MDRB denies all allegations of the Complaint.

**ADDITIONAL DEFENSES**

51. Farooq has failed to state a claim against MDRB upon which relief can be granted.

52. Farooq has waived and/or is estopped from asserting any purported right to pursue this claim against MDRB.

53. MDRB reserves the right to add additional affirmative defenses as this litigation proceeds.

**WHEREFORE**, MDRB respectfully requests:

(1) that this action be dismissed with prejudice;

(2) that it be awarded costs and attorney's fees incurred in connection with this litigation; and

(3) such other relief as the Court may find appropriate.

Respectfully submitted,

Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W.
Suite 920
Washington, D.C. 20015
(202) 895-7209

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of February, 2006, a copy of the foregoing was served via first class mail, postage prepaid, upon:

Othello G. Jones, Jr., Esq.
Attorney at Law
Anacostia Professional Building
2041 Martin Luther King Jr. Ave., S.E.
Suite 244
Washington, D.C.  20020

(202) 889-1010
FAX (202) 889-1375

Paul A. Fitzsimmons