UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIKA

AMINA FAROOQ                          :

          Plaintiff          :

vs.                                   :         Civil Action No. 06-02111
                                                               Honorable Judge J. Collyer

MDRB CORPORATION, ET AL.              :

          Defendants        :

## MOTION TO REMAND-LACK OF DIVORSITY JURISDICTION

Plaintiff requests this Court to deny Defendant's request for removal and to enter an order remanding this case by to the Superior Court for the District of Columbia for the following reasons:

1. That Defendant's Register Agent was served with process by certified mail on January 3, 2006. That Defendant's notice of removal was not filed until February 6, 2006. The same was not timely filed.

2. That at the commence of this action all the parties were believed to be domiciled in the District of Columbia.

3. That at the time of incident alleged in Plaintiff's Complaint, Defendant MDRB CORPORATION was a corporation licensed and conducting business in the District of Columbia.

4. That Defendant, JOHN DOE, d/b/a, (Taking Care of Business) an unincorporation association was the sponsor of the alleged event.

5. That Defendant RICHARD ROE, was unincorporation association provided security for the alleged event.

RECEIVED

FEB 22 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. That there is no evidence that the member of the above unincorporation associations are [not] citizens of the District of Columbia.

7. That there is no evidence of complete diversity of citizenship between Plaintiff and all Defendants in this case.

8. That the burden is upon Defendant shows complete diversity between Plaintiff and all Defendants.

9. That Defendant has failed to produce evidence which shows complete diversity between Plaintiff and all Defendants.

10. That Plaintiff submits that the court lacks jurisdiction because no diversity is shown between Plaintiff and all Defendants.

11. That Plaintiff respectfully request that Defendants motion for removal be denied and remanded back to the Superior Court for the District of Columbia.

12. That Plaintiff rely upon the pleading, certified receipt of service and points and authorities field with this motion.

WHEREFORE, Plaintiff request that this court enter an order denying Defendant's Motion for Removal and an Order remanding this case back to Superior Court for the District of Columbia.

_____
OTHELLO G. JONES, JR., #25031- A
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing 22nd day of February, 2006 to the Attorney for Defendant MDRB Corporation, Paul A. Fitzsimmons, Esquire, 5335 Wisconsin Avenue, NW, Suite 920, Washington, DC 20015.

_____
OTHELLO G. JONES, JR.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: Irving    B. Date of Delivery: 1-3-06<br>C. Signature<br>X *[signature: L. Irving]*    ☐ Agent    ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes    ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Craig Ingram<br>322 Adler Street<br>Oakland, Md 21550 | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 2260 0007 6097 4733 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |

UNITED STATES POSTAL SERVICE

*Amina Farag*

[Postmark: SILVER SPRING, MD 21? PM 03 JAN 2006]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Othello G. Jones, Jr. Esquire
Attorney and Counselor at Law
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC  20020

C006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIKA

AMINA FAROOQ                             :

          Plaintiff      :

vs.                                      :        Civil Action No. 06-02111
                                                     Honorable Judge J. Collyer

MDRB CORPORATION, ET AL.                 :

          Defendants     :

## POINTS & AUTHORITIES

1.  28 U.S.C.A. §1332 (a)

2.  United Steel Workers of America
    AFl – CIO vs. R.H. Bouligny Inc., 382 U.S. 145 (1965)

3.  Owen Equip. & Erection Co. vs. Kroger, 436 U.S. 365, (1978)

3.  State Farm Fire & Casualty Co. vs. Tashire, 386 U.S. 523 (1967)

_____
OTHELLO G. JONES, JR.
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIKA

AMINA FAROOQ                          :

           Plaintiff            :

vs.                                   :         Civil Action No. 06-02111
                                                       Honorable Judge J. Collyer

MDRB CORPORATION, ET AL.              :

           Defendants          :

### ORDER

Upon consideration of the Defendant's Motion for Removal and Plaintiff's Motion to Remand filed herein, and for good cause having been shown, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2006,

ORDERED, that Defendant's Motion for Removal is hereby denied and the case remanded back to the Superior Court for the District of Columbia.

                                                                                 J U D G E

Copies to:

Othello G. Jones, Jr., Esquire
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC  20020

Paul A. Fitzsimmons, Esquire
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC  20015