UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMINA FAROOQ,
Personal Representative Of The Estate
of NADIR FAROOQ, Deceased,

    Plaintiff,

v.

MDRB CORPORATION
D/B/A RAMADA INN HOTEL, ET AL.,

    Defendants.

Civil Action No. 1:06-cv-00211-RMC

## NOTICE OF APPEARANCE

THE CLERK will please note that Thomas S. Schaufelberger of the law firm Wright, Robinson, Osthimer & Tatum hereby enters his appearance in this case as co-counsel for Defendant MDRB Corporation.

    Respectfully submitted,

    /s/ Thomas S. Schaufelberger
    _____
    Thomas S. Schaufelberger, Bar No. 371934
    Paul A. Fitzsimmons, Bar No. 444829
    WRIGHT, ROBINSON, OSTHIMER & TATUM
    5335 Wisconsin Avenue, N.W.
    Suite 920
    Washington, D.C. 20015
    (202) 895-7209

    Counsel for MDRB Corporation

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing is being served this 6th day of March, 2006 either by Notice of Electronic Filing or first-class United States mail, postage prepaid upon:

                Othello G. Jones, Jr., Esq.
                Attorney at Law
                Anacostia Professional Building
                2041 Martin Luther King Jr. Ave., S.E.
                Suite 244
                Washington, D.C.  20020

                (202) 889-1010
                FAX (202) 889-1375


                  /s/ Thomas S. Schaufelberger
              _____
                  Thomas S. Schaufelberger