UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINA FAROOQ, Personal Representative Of The Estate Of NADIR FAROOQ, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> MDRB CORPORATION D/B/A RAMADA INN HOTEL, et al., <br><br> Defendants. | Civil Action No. 1:06-cv-00211-RMC |

**CERTIFICATION OF DEEPAK BHATNAGAR**

I, Deepak Bhatnagar, certify the following as true and correct:

1. I am over eighteen years of age, am competent to make this affidavit, am authorized to do so, and have knowledge of the statements made herein.

2. I am the founder, president, and owner, jointly with my wife, of MDRB Corporation ("MDRB"), a corporation incorporated and existing under the laws of the State of Maryland and a defendant herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated "12-06-2005" from the State of Maryland Department of Assessments and Taxation, addressed to MDRB's former registered agent for service of process Craig Ingram, Esq. and received by me as well (as MDRB's resident agent). As correctly reflected in that State of Maryland letter, as of the "EFFECTIVE DATE" of "11-22-2005," the "PRINCIPAL OFFICE" of MDRB was located at "14612 STRATFIELD CIRCLE, LAUREL MD 20707."

4.  As also correctly reflected in that same State of Maryland letter, as of that "11-22-2005" date, the corporation's "RESIDENT AGENT" was I, "DEEPAK BHATNAGAR," located at that Laurel, Maryland address.

5.  MDRB first became aware of this instant suit, filed as Civil Action No. 05-0003395 in the Superior Court for the District of Columbia, as a result of plaintiff's counsel's faxing to MDRB's counsel—on January 5, 2006—a copy of the Complaint in that action; MDRB's counsel then apprised MDRB, through me, of the existence of that lawsuit. Not until after that exchange of correspondence did I receive a similar notification from MDRB's former resident agent Mr. Ingram, who has otherwise never held any office or position with MDRB.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 27 February 2006, 2006.

Deepak Bhatnagar

**EXHIBIT 1**

FROM : -b)A(AfLTD                FAX NO. : 3017764433            Jan. 05 2006 05:08PM  P1

State of Maryland                                                Robert L. Ehrlich, Jr.
**Department of**                                                *Governor*
**Assessments and Taxation**
                                                                 C. John Sullivan, Jr.
                                                                 *Director*
Charter Division
                                                                 Paul B. Anderson
                                                                 *Administrator*



CRAIG INGRAM, ESQ.                                  Date: 12-06-2005
322 ALDER ST.
OAKLAND          MD 21550-1515

This letter is to confirm acceptance of the following filing:

```
ENTITY NAME        : MDRB, CORPORATION
DEPARTMENT ID      : D04725826
TYPE OF REQUEST    : RESOLUTION
DATE FILED         : 11-22-2005
TIME FILED         : 10:59-AM
RECORDING FEE      : $25.00
FILING NUMBER      : 1000361992227904
CUSTOMER ID        : 0001700036
WORK ORDER NUMBER  : 0001143074
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore metro area (410)767-1350
Outside metro area (888)246-5941

0003740143

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*

cbucc

To: Paul Fitzsimmons
202-244-8135

From: Deevak
301-976-4482

# pages 2

FROM : -b>A<AFLTD                FAX NO. : 3017764433         Jan. 05 2006 05:09PM P3

```
ENTITY TYPE:        ORDINARY BUSINESS - STOCK
STOCK:              Y
CLOSE:              Y
EFFECTIVE DATE:     11-22-2005
PRINCIPAL OFFICE:   14612 STRATFIELD CIRCLE
                    LAUREL              MD 20707
RESIDENT AGENT:     DEEPAK BHATNAGAR
                    14612 STRATFIELD CIRCLE
                    LAUREL              MD 20707
```

## NOTICE: Effective January 1, 2004

As a result of a change in State law, the annual report fee for most legal entities (including LLCs and LLPs) will increase to $300. This fee is for the privilege of maintaining a legal entity's existence in Maryland, and is due and payable with the filing of the personal property return. The increase is effective for any return, regardless of year, filed after 12/31/2003.

There continues to be no annual report fee for non-stock corporations, business trusts, churches, foreign interstate companies, foreign insurance companies, sole proprietorships and general partnerships, but these entities must still file a personal property return annually.