IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINA FAROOQ,<br>Personal Representative of the Estate of NADIR FAROOQ, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>MDRB CORPORATION<br>D/B/A RAMADA INN HOTEL, et al.,<br><br>    Defendants. | Civil Action No. 1:06-cv-00211-RMC |

**CERTIFICATION OF RULE 16 MEETING
AND REPORT**

The attorneys of record certify that they met and conferred at various times during April and May 2005 and have reached the following understandings and agreements, per the listing in Local Rule 16.3(c):

1. Plaintiff believes the matter unlikely to be resolved through dispositive motion; defendant MDRB disagrees. No dispositive motion has yet been filed, and the parties agree that discovery should not await the filing of MDRB's planned dispositive motion.

2. Plaintiff believes that there is a possibility of joinder of "JOHN DOE" Defendants if they can be identified and located. If there is a joinder of Defendants, pleading will have to be amended. The parties have not agreed or narrowed any legal or no legal or factual issues.

3. The parties feel that this matter should not be assigned to a magistrate judge.

4. There is no realistic possibility of settlement at this time.

5. ADR might be beneficial shortly before any trial in this matter.

6. MDRB feels that the matter can be resolved via summary judgment (based primarily on tort duty issues); plaintiff disagrees. MDRB expects to file its motion within 60 days of the close of discovery.

7. The parties shall proceed with Rule 26(a)(1) initial disclosures, with documents Bates stamped before exchanging.

8. The parties anticipate that discovery, other than as to experts, will take until October 15, 2006. Interrogatories shall be limited to 40 per party, and depositions shall not exceed 5 hours without prior agreement or without Order of the Court.

9. Plaintiff to present expert report(s) by December 31, 2006; MDRB to present rebuttal expert report(s) by January 30, 2007; depositions of experts to take place by March 31, 2007.

10. Not applicable (re class actions).

11. There shall be no bifurcation of discovery or trial.

12. Pretrial should be held 90 days after the later of close of discovery or judgment on any dispositive motion.

13. The Court should set a trial date at the pretrial conference.

14. The parties have no other matters to include in a scheduling order.

Respectfully submitted,

/s/ Othello G. Jones, Jr.

Othello G. Jones, Jr., Esq.
Attorney at Law
Anacostia Professional Building
2041 Martin Luther King Jr. Avenue, SE
Suite 244
Washington, DC  20020
Telephone:  202-889-1010
Facsimile:  202-889-1375
*Counsel for Amina Farooq, Personal
    Representative of the Estate of Nadir
    Farooq*

/s/ Paul A. Fitzsimmons

Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC  20007-5209
Telephone:  202-295-6600
Facsimile:  202-295-6700
*Counsel for MDRB Corporation d/b/a
    Ramada Inn Hotel*