IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINA FAROOQ,<br>PERSONAL REPRESENTATIVE OF<br>THE ESTATE OF NADIR FAROOQ,<br><br>    Plaintiff,<br><br> v.<br><br>MDRB CORPORATION<br>D/B/A RAMADA INN HOTEL, et al.,<br><br>    Defendants. | Case No.: 1:06-cv-00211-RMC |

**MDRB CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Defendant MDRB Corporation moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment. For the reasons more fully stated in its supporting memorandum filed herewith, MDRB Corporation respectfully asks that summary judgment be granted in its favor.

                Respectfully submitted,

                /s/ Paul A. Fitzsimmons
                _____
                Thomas S. Schaufelberger
                Paul A. Fitzsimmons
                Saul Ewing LLP
                1025 Thomas Jefferson Street, NW
                Suite 425 West
                Washington, DC  20007-5209
                Phone:  202.295.6621
                Fax:  202.295.6721
                E-mail:  pfitzsimmons@saul.com

                Counsel for Defendant MDRB Corporation