IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINA FAROOQ, <br> PERSONAL REPRESENTATIVE OF <br> THE ESTATE OF NADIR FAROOQ, <br><br>       Plaintiff, <br><br>   v. <br><br> MDRB CORPORATION <br> D/B/A RAMADA INN HOTEL, et al., <br><br>       Defendants. | Case No.: 1:06-cv-00211-RMC |

**ORDER**

**UPON CONSIDERATION OF** MDRB Corporation's Motion for Summary Judgment, the memorandum of points and authorities in support, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006 hereby

**ORDERED** that MDRB Corporations's Motion for Summary Judgment be and is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice as to MDRB Corporation.

                                                                                        _____
                                                                                        Judge, United States District Court
                                                                                        for the District of Columbia