UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMINA FAROOQ, | * | |
| | * | Civil No. 06-00211 |
| v. | * | (RMC) |
| MDRB CORPORATION, ET AL | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

The Court is requested to take notice of the appearance of below identified counsel on behalf of the plaintiff in this action.

Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Respectfully submitted,

_____
Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095