UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **AMINA FAROOQ** Individually, and as the Personal Representative of the Estate of Nadir Farooq<br><br>**Plaintiff,**<br><br>vs.<br><br>**MDRB CORPORATION, et al.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-211 (RMC)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME TO**
**FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the plaintiff, Amina Farooq, by and through counsel, and hereby moves this Court for a further extension of time to file her opposition to the defendant's motion for summary judgment. In support of this motion, plaintiff avers as follows:

1. On April 5, 2007, the court conducted a status hearing at which time the undersigned represented to the court that he would be able to respond to defendant's motion for summary judgment by April 27, 2007.

2. Due to a previously scheduled family vacation, however, plaintiff's counsel was out of the country from Friday April 13, until Sunday April 22, and since that time has been unexpectedly consumed in preparation for a trial scheduled to begin before Judge Kollar Kotelly on Monday, April 30, 2007. Several matters arose that needed to be addressed by that Court that were not expected and the undersigned had to conduct a one day trial in the Superior Court on Wednesday, April 25, that was also unexpected. As a result of the aforementioned, the undersigned has not been able to give adequate attention to the outstanding opposition.

3. Consequently, the plaintiff is requesting an additional six(6) day extension to file his opposition. Should the Court grant this request, plaintiff's opposition would be due by May 7, 2007.

Wherefore for the reasons stated herein and in the record of this proceeding and because there would be no prejudice to the defendant of any kind, it is respectfully requested that the motion be granted.

## Certificate of Counsel

Prior to filing this motion, undersigned counsel attempted to contact Paul A. Fitzsimmons, counsel for the defendant, via telephone and e-mail, in order to obtain his position regarding the instant motion without success.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Counsel for the Plaintiff