*[Handwritten notes at top left:]*
Blocked all bouch, uess [illegible]
Rheinfoest disruption,
Xtra help to [illegible] up for wedding
Too many people

*[Handwritten notes at top right:]*
Paid # [illegible] 7/16/02
Paid $ 200.00 Cash 9/18/02
Paid $ 375.00  9/25/02
Pd # 500.00 Cash 9/27/02

No Refund of security if above

# RAMADA LIMITED

TODAY'S DATE: SEP 16, 2002   SALES PERSON: MEENU   POST AS: Banquet Hall

## CONTRACT INFORMATION

GROUP NAME: Ben & Reggie
AGENT:
CONTACT: Ben
STREET:
PHONE: 202-438-5953
FAX:

TOUR #: Private Party
LANGUAGE SPOKEN: ENGLISH
IN CHARGE:
CITY:       STATE:    ZIP:
COUNTRY:

## CONTRACT SERVICES

**Arrival**
DATE: SEP 27, 2002
DAY:
TIME: 10:00 PM  10:30 P.M.

**Departure**
DATE: SEP 28, 2002
DAY:
TIME: 2:00 AM   2:30 AM

## MEAL/MEETING ROOM REQUIREMENTS

*[Handwritten:]* Bart 1100   Sec #300

LIMITED FREE PARKING
Tables and Chairs Only
Banquet Hall $1100.00 & Security Deposite $300.00
$100.00 additional for each 15 minutes after 2:00 AM
ABSOLUTELY NO SMOKING OR SECURITY DEPOSIT FOREFEITED
NO LOITERING OR ALCOHOL IN THE LOBBY
NO STAPLING OR TAPING ON THE WALLS AND CEILINGS
NO RED PUNCH OR GLITTERS ALLOWED
NOT RESPONSIBLE FOR ITEMS LEFT IN THE FACILITY
WE HAVE FULL AUTHORITY TO ENFORCE RULES AND REGULATION OF THIS FACILITY INCULDING
TERMINATING THE EVENT IF THEY ARE NOT FOLLOWED
SECURITY DEPOSIT FULLY REFUNDED IF NO DAMAGES OR ADDITIONAL CHARGES

## CONTRACT TERMS

To Guarantee the rates quoted, the availability of the rooms and other terms of the contract, the following must be met or the rooms will be canceled, and no deposits refunded.

Sign Contract and Return by: ASAP
Total Payment Due: $1400.00

Deposit Amount: $300.00

Deposit Deadline: SEP 16, 2002

### CANCELLATION POLICY

If cancellation of this booking becomes necessary, to avoid forfeiture of any deposits paid or payment of penalties, the hotel must receive written notification no later than: 09/20/02 12:00 AM

I have read the above contract and agree to the terms and conditions as stated above.

_____    9-18-02       Meenu Bhatnagar  9/16/02
Customer Signature        Date          Hotel Representative  Date

1600 New York Avenue NE • Washington, DC 20002 • Phone (202) 832-3200 • Fax (202) 832-1791
Operated under franchise agreement with Ramada Franchise Systems, Inc.

**PLAINTIFF'S EXHIBIT 1**