UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMINA FAROOQ**, Personal Representative of the Estate of Nadir Farooq, <br><br> Plaintiff, <br><br> v. <br><br> **MDRB CORPORATION D/B/A RAMADA INN HOTEL, ET AL..**, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-211 (RMC) |

## ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant(s) with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action.  Over 120 days have passed since the filing of the complaint in this action[1] and the Court has no record that Plaintiff has served with a summons and complaint Defendants (1) John Doe d/b/a "T.C.B. (Taking Care of Business) Event Sponsor" or (2) Richard Roe Security.  Accordingly, it is hereby

**ORDERED** that <u>on or before August 31, 2007</u>, Plaintiff must either: (1) file with the Court proof that the above-named defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed.  If the Plaintiff fails to comply with this Order, or if the Court determines that

---

[1] The Complaint was removed to this Court on February 6, 2006.

the Plaintiff has not shown good cause for failure to comply with Rule 4(m), this case will be dismissed without prejudice.


Date:  August 2, 2007                                  /s/
                                           ROSEMARY M. COLLYER
                                           United States District Judge