UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINA FAROOQ, Personal Representative of the Estate of Nadir Farooq,<br><br>Plaintiff,<br><br>v.<br><br>MDRB CORPORATION D/B/A RAMADA INN HOTEL, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-211 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion to dismiss or for summary judgment filed by MDRB Corporation [Dkt. #12] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered in favor of MDRB Corporation.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:   August 3, 2007                    _____/s/_____
                                          ROSEMARY M. COLLYER
                                          United States District Judge