UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMINA FAROOQ, Personal Representative of the Estate of Nadir Farooq, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-211 (RMC) |
| MDRB CORPORATION D/B/A RAMADA INN HOTEL, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On August 2, 2007, the Court issued a Memorandum Opinion and Order granting the motion to dismiss or for summary judgment filed by MDRB Corporation [Dkt. #12] and an Order under Rule 4(m) of the Federal Rules of Civil Procedure. The 4(m) Order explained that over 120 days have passed since the filing of the complaint in this action[1] and the Court has no record that Plaintiff has served a summons and complaint on Defendants (1) John Doe d/b/a "T.C.B. (Taking Care of Business) Event Sponsor" or (2) Richard Roe Security. Accordingly, the Court ordered Plaintiff, no later than August 31, 2007, to either: (1) file with the Court proof that the above-named Defendants have been served with a summons and complaint; or (2) provide the Court with a written explanation for why service of process has not been completed. Plaintiff did not respond to the 4(m) Order and instead filed a notice of appeal on September 4, 2007. The Court interprets Plaintiff's failure to respond and her notice of appeal as indicating

---

[1] The Complaint was removed to this Court on February 6, 2006.

Plaintiff's intent not to complete service upon John Doe d/b/a "T.C.B. (Taking Care of Business) Event Sponsor" and Richard Roe Security.  Accordingly, this case is dismissed without prejudice as against John Doe and Richard Roe Security.  This is a final appealable order. *See* Fed. R. App. P. 4(a).


Date:   September 25, 2007                                  /s/                                   
                                                                   ROSEMARY M. COLLYER
                                                                   United States District Judge